IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY PAUL BRENNEKE, an individual; NSP DEVELOPMENT, INC., an Oregon corporation; SHERWOOD H.D. LLC, an Oregon limited liability company,<br><br>    Defendants. | Civil No. 06-303-AA<br>O R D E R |

AIKEN, Judge:

    Plaintiff filed a motion for order of default and judgment (doc. 8) pursuant to Fed. R. Civ. P. 55 against defendants Anthony Paul Brenneke (Brenneke), NSP Development, Inc. (NSP) and Sherwood H.D. LLC (Sherwood). That motion is granted as to defendants NSP Development and Sherwood, and denied as to defendant Brenneke.

    There is no dispute or contention that either defendant NSP or Sherwood has plead or otherwise defended under Fed. R. Civ. P. 55(a), therefore the Order of Default is granted as to those two defendants.

1 - ORDER

Regarding defendant Brenneke, the court denies plaintiff's motion for default. Brenneke represents to this court that he was never served with a summons and complaint, and that he intends to appear and defend against plaintiff's lawsuit. The court recognizes that Brenneke's assertion that plaintiff failed to serve him with a summons and complaint is disputed by the plaintiff. Nevertheless, the court will allow defendant Brenneke to proceed and defend himself in this lawsuit. However, no further delay by the defendant will be tolerated. Plaintiff filed this lawsuit on March 6, 2006, nearly three months ago. The purpose of the default provision of Rule 55 is to protect the moving party from any delay and uncertainty caused by an unresponsive party.

Defendant is thereby ordered to file his Answer within ten (10) days of the date of this Order. If defendant fails to timely file an Answer, cooperate fully with discovery, and generally comply with the Federal Rules of Civil Procedure as well as this court's Local Rules, the court will consider an immediate renewal of plaintiff's motion for default judgment including consideration of an award of all attorney's fees and costs incurred in prosecuting this lawsuit.

Therefore, plaintiff's motion for order of default and judgment (doc. 8) is granted in part and denied in part as stated above. Plaintiff's motion for an award of attorney fees (doc. 12) and motion for costs (doc. 14) are denied with leave to renew.

///

///

2 - ORDER

IT IS SO ORDERED.

Dated this __4__ day of June 2006.

                                      /s/ Ann Aiken
                                          Ann Aiken
                            United States District Judge

3 - ORDER