IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVELERS CASUALTY AND                        Civ. No. 06-303-AA
SURETY COMPANY OF AMERICA,
a Connecticut corporation,                                ORDER

      Plaintiff,

  v.

ANTHONY PAUL BRENNEKE, an
individual; NSP DEVELOPMENT,
INC., an Oregon corporation;
SHERWOOD H.D. LLC, an Oregon
limited liability company,

      Defendants.
_____

AIKEN, Judge:

    On September 6, 2006, the court granted plaintiff's motion for summary judgment against defendant Brenneke and ruled that plaintiff was entitled to "all amounts, including attorney fees, incurred in connection with its posting of the Bond and enforcement of the Indemnity Agreement." Opinion and Order dated September 6,

1      - ORDER

2006, p. 9. Plaintiff now moves for an award of costs, attorney fees and other expenses under Federal Rule of Civil Procedure 54 and Local Rule 54.1. To date, no defendant has filed an opposition.

I find the costs allowable and the attorney fees and other expenses reasonable. Accordingly, plaintiff is awarded costs in the amount of $330.00 and attorney fees and other expenses in the amount of $19,739.43.

IT IS SO ORDERED.

DATED this 20th day of October, 2006.

_____
Ann Aiken
United States District Judge

2    - ORDER